IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JON D. HOLDEN, #28111-086,　　　　　*
　　　　Petitioner,
　　　　　　　　　　　　　　　　　　*
　v.　　　　　　　　　　　　　　　　　CIVIL ACTION NO.  AW-06-992
　　　　　　　　　　　　　　　　　　*
WARDEN,
　　　　Respondent　　　　　　　　　*
　　　　　　　　　　　　　　　　******

## MEMORANDUM

Petitioner is an inmate confined in a United States Federal Prison Camp located in Lewisburg, Pennsylvania.  He has filed correspondence with the Court that has been construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, wherein he alleges that the Bureau of Prisons ("BOP") has improperly calculated the amount of "jail credit" to be applied to his sentence.  Upon review of the petition, the Court concludes that the proper court to consider same is the United States District Court for the Middle District of Pennsylvania.[1]

Regarding the scope and nature of the instant proceeding, the undersigned notes that subject matter jurisdiction of a § 2241 habeas corpus petition lies in the federal district court where Petitioner is incarcerated or in the federal district court where Petitioner's custodian is located.  *See Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484, 488-89 (1973).  Petitioner is confined in Lewisburg, Pennsylvania, and his custodian, who has day-to-day responsibility for his custody,  is the warden at the Federal Prison Camp.  Therefore,  this Court finds that jurisdiction of the instant action lies in Pennsylvania, not in Maryland.  Accordingly, the undersigned concludes that

---

[1]Petitioner has not submitted with his petition a request to proceed in forma pauperis.  Matters pertaining to such status shall be reserved and left to the discretion of the United States District Court for the * District of Pennsylvania.

transfer of instant case to the United States District Court for the Middle District of Pennsylvania is appropriate.

      A separate Order follows.


<u>April 20, 2006</u>                                       <u>      /s/                </u>
    Date                                                 Alexander Williams, Jr.
                                                          United States District Judge